IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01154-BNB

CORY COOPER,

    Plaintiff,

v.

ART DUCHARME, Program Supervisor for Therapeutic Community at San Carlos
    Correctional Facility, individual and official capacities, and
DAVE BOOTH, Program Director of Therapeutic Communities for the Colorado
    Department of Corrections, individual and official capacities,
    Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that the motion for leave to file amended complaint (ECF No. 7) filed on May 30, 2013, is denied as unnecessary.

DATED June 28, 2013, at Denver, Colorado.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge