IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01154-KMT

CORY COOPER,

     Plaintiff,

v.

ART DUCHARME, Program Supervisor for Therapeutic Community at San Carlos
Correctional Facility, individual and official capacities, and
DAVE BOOTH, Program Director of Therapeutic Communities for the Colorado
Department of Corrections, individual and official capacities,

     Defendants.

---

## FINAL JUDGMENT

---

     PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

     I.  PURSUANT to and in accordance with the Order entered by Magistrate Judge Kathleen M. Tafoya, on March 9, 2015, incorporated herein by reference, it is

     ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 42) is GRANTED. It is

     FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Art Ducharme and Dave Booth, and against Plaintiff Cory Cooper.  It is

     FURTHER ORDERED that each party shall bear its own costs and attorney's fees,

     FURTHER ORDERED that plaintiff's Complaint and this civil action are

DISMISSED WITHOUT PREJUDICE.


DATED at Denver, Colorado this 9th   day of March, 2015.


FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble
Deputy Clerk